```
BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:98-CR-035 TLN |
|---|---|---|
| Plaintiff, | ) | MOTION TO DISMISS INDICTMENT AND ORDER |
| v. | ) | |
| KHALILULLAH RAOUF, | ) | |
| Defendant. | ) | |

**MOTION**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves to dismiss the indictment as to

///
///
///
///
///
///
///
///

1

```
 1  this defendant in the interests of justice.
 2  DATED: July 18, 2013                BENJAMIN B. WAGNER
                                        United States Attorney
 3
 4                                  By: /s/ S. Robert Tice-Raskin
                                        S. ROBERT TICE-RASKIN
 5                                      Assistant U.S. Attorney
 6
 7                        [PROPOSED] ORDER
 8
 9  IT IS SO ORDERED.
10
11  DATED: July 26, 2013
12
13                                      _____
14                                      Troy L. Nunley
                                        United States District Judge
```